FILED
 2010 May-26 PM 04:00
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LARRY PATTERSON, )<br>)<br>Petitioner )<br>)<br>v. )<br>) Case No. 4:10-cv-00768-LSC-HGD<br>BILLY MITCHEM, Warden, and )<br>THE ATTORNEY GENERAL OF )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | |

### FINAL JUDGMENT

On May 5, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On May 14, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

Petitioner contends the statute of limitations should be equitably tolled because he is actually innocent of second degree rape. However, in *Melson v. Allen*, 548 F.3d 993 (11th Cir. 2008), *cert. denied*, ___ U.S. ___, 130 S.Ct. 254, 175 L.Ed.2d 173 (2009), the Eleventh Circuit stated, "Neither the Supreme Court nor this Court has ever held that the Constitution requires an actual innocence exception to the AEDPA's one-year limitations period." *Id.* at 1002, citing *Johnson v. Florida Dep't*

*of Corr.*, 513 F.3d 1328, 1333 (11th Cir. 2008).  However, assuming that such an exception exists, a "petitioner must first make a sufficient showing of actual innocence."  *Id.*  "This requires the petitioner to produce new reliable evidence–whether it be exculpatory scientific evidence, trustworthy eyewitness accounts, or critical physical evidence–that was not presented at trial." *Id.* (quotation omitted).  "'[A]ctual innocence' means factual innocence, not mere legal insufficiency." *Bousley v. United States*, 523 U.S. 614, 623, 118 S.Ct. 1604, 1611, 140 L.Ed.2d 828 (1998).  Petitioner has made no such showing.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED as time-barred.

Done this <u>26th</u> day of <u>May 2010</u>.

L. SCOTT COOGLER<br>
UNITED STATES DISTRICT JUDGE<br>
153671